# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

A.J.I.G., by and through his guardian ad litem, LETICIA GARCIA,

    Plaintiff

V.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY
    Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:11at0650

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

**X   GRANTED.**

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this   19th   day of     October    ,   2011  .

                                                            /s/ Dennis L. Beck
                                                           Signature of Judicial Officer

                                                          Dennis L. Beck, U.S. Magistrate Judge
                                                          Name and Title of Judicial Officer